# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ANTOINE LAMONTE WISEMAN,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 3:26-cv-00175** |
| | **)** | **Judge Aleta A. Trauger** |
| **SUPER EGO HOLDINGS, LLC** *et al.*, | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum, plaintiff Antoine Wiseman's Specific Written Objections (Doc. No. 19) to the Magistrate Judge's Report and Recommendation ("R&R") are **OVERRULED**; the R&R (Doc. No. 18) is **ACCEPTED**; and the Motion to Dismiss (Doc. No. 8) filed by defendants Super Ego Holdings, LLC and Trytime Transport, LLC is **GRANTED**.

In addition, the plaintiff is hereby **NOTIFIED** that his claims against John Does 1–50 will be dismissed without prejudice unless the plaintiff, within **twenty-one days** of the date this Order is **docketed**, shows good cause for the failure to serve them within 90 days after the Complaint was filed. Fed. R. Civ. P. 4(m).

The plaintiff may, within the same **twenty-one days**, file a properly supported motion for leave to amend his pleading in compliance with Rule 15(a)(2).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge