**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| ANTOINE LAMONTE WISEMAN,<br><br>Plaintiff,<br><br>v.<br><br>SUPER EGO HOLDINGS, LLC, ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:26-cv-175<br>Judge Trauger |

**ORDER**

On September 25, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 24), to which no timely objection have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is dismissed as against John Does 1-50 pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect service. All other claims having been dismissed, this is the final judgment in this case, and the Clerk may close this file.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge